```
                              United States Bankruptcy Court
                              Southern District of Indiana

In re:                                                           Case No. 16-07387-RLM
Jerry Lee Gaw                                                    Chapter 7
Debra Kay Gaw
        Debtors             CERTIFICATE OF NOTICE

District/off: 0756-1            User: admin                 Page 1 of 2               Date Rcvd: Sep 26, 2016
                                Form ID: b309a              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2016.
db/jdb        +Jerry Lee Gaw,    Debra Kay Gaw,    623 E. 31st Street,    Anderson, IN 46016-5417
14083425      +Alexis Campbell,    3306 Elmway Dr.,    Anderson, IN 46013-3212
14083424      +Atlas Collections, Inc.,    7701 W. Kilgore Ave.,    Suite 3,    Yorktown, IN 47396-9275
14083426      +Carl D. Erskine Rehabilitaton Center,    2020 Meridian Street,    #170,   Anderson, IN 46016-4343
14083427       Central Indiana Orthopedics, P.C.,    2600 Enterprise Drive,    Anderson, IN 46013
14083429       Clear Balance,    P. O. Box 927830,    San Diego, CA 92192-7830
14083430      +Community Hospital of Anderson,    1515 North Madison Avenue,    Anderson, IN 46011-3457
14083431      +Deutsche Bank National Trust Co.,    60 Wall Street,    New York, NY 10005-2858
14083432      +Deutsche Bank National Trust Co.,    1011 Centre Road,    Suite 200,   Wilmington, DE 19805-1266
14083433      +Ed Martin Auto Credit,    5400 S. Scatterfield Road,    Anderson, IN 46013-3196
14083434       Lampco Federal Credit Union,    5411 Martin Luther King Blvd.,    Anderson, IN 46013-9720
14083435      +Madison Circuit Court No. 1,    Cause #48C01-0909-MF-000845,    16 East 9th Street,
                Anderson, IN 46016-1598
14083436      +Madison Circuit Court No. 4,    Cause #48C04-1110-SC-004456,    16 East 9th Street, #304,
                Anderson, IN 46016-1181
14083438       St. Vincent Anderson Regional Hospital,    2015 Jackson Street,    Anderson, IN 46016-4339
14083440       St. Vincent Anderson Regional Hospital,    5763 Reliable Parkway,    Chicago, IL 60686-0057
14083439       St. Vincent Anderson Regional Hospital,    PO Box 40970,    Indianapolis, IN 46240-0970
14083442      +St. Vincent Medical Group, Inc.,    PO Box 14099,    Belfast, ME 04915-4034
14083445     #+Stellar Recovery, Inc.,    1327 Highway 2 West,    Suite 100,    Kalispell, MT 59901-3413
14083447       United Consumer Financial,    P. O. Box 856290,    Louisville, KY 40285-6290
14083446      +United Consumer Financial,    865 Bassett Road,    Westlake, OH 44145-1194
14083450       Western Alliance Bank,    P. O. Box  927830,    San Diego, CA 92192-7830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: doylebkr@comcast.net Sep 26 2016 23:48:17      Gordon Phillip Doyle,
                Gordon P. Doyle, Attorney at Law,    107 S Mulberry St # 200,    Muncie, IN  47305-2848
tr            +EDI: FRLWOODRUFF.COM Sep 26 2016 23:43:00      Randall L. Woodruff,
                Office of Randall L. Woodruff,    115-A E Ninth St,    Anderson, IN 46016-2839
ust            E-mail/Text: ustpregion10.in.ecf@usdoj.gov Sep 26 2016 23:48:46     U.S. Trustee,
                Office of U.S. Trustee,    101 W. Ohio St.. Ste. 1000,    Indianapolis, IN 46204-1982
14083428      +E-mail/Text: jane_walters@ciocenter.com Sep 26 2016 23:48:56
                Central Indiana Orthopedics, PC,    3600 West Bethel Avenue,    Muncie, IN 47304-5407
14083437       E-mail/Text: med1bknotice@med1solutions.com Sep 26 2016 23:49:19      Med-1 Solutions,
                517 U.S. Highway 31 North,    Greenwood, IN 46142-3932
14083441       Fax: 317-583-2326 Sep 27 2016 00:07:51      St. Vincent Health,    10330 N. Meridian Street,
                Suite 201,    Indianapolis, IN 46290-1024
14083444       Fax: 317-583-2326 Sep 27 2016 00:07:51      St. Vincent Physicians Services,
                9678 Reliable Parkway,    Chicago, IL 60686-0096
14083443      +Fax: 317-583-2326 Sep 27 2016 00:07:51      St. Vincent Physicians Services,
                10330 N. Meridian Street,    Suite 201,    Indianapolis, IN 46290-1024
14083448      +E-mail/PDF: bankruptcy@unterlaw.com Sep 26 2016 23:46:59      Unterberg & Associates, P.C.,
                8050 Cleveland Place,    Merrillville, IN 46410-5302
14083449       E-mail/Text: tdd1298@aol.com Sep 26 2016 23:48:23      Urology Associates, LLC,
                2525 University Avenue,    Suite 504,    Muncie, IN 47303-3409
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                           Signature:  /s/Joseph Speetjens

```
District/off: 0756-1          User: admin             Page 2 of 2           Date Rcvd: Sep 26, 2016
                              Form ID: b309a          Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2016 at the address(es) listed below:
              Gordon Phillip Doyle    on behalf of Joint Debtor Debra Kay Gaw doylebkr@comcast.net
              Gordon Phillip Doyle    on behalf of Debtor Jerry Lee Gaw doylebkr@comcast.net
              Randall L. Woodruff     rlwtrustee@comcast.net, rlw@trustesolutions.net
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                       TOTAL: 4
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Jerry Lee Gaw** | Social Security number or ITIN | xxx–xx–3339 |
| | Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Debra Kay Gaw** | Social Security number or ITIN | xxx–xx–7193 |
| | Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – **Southern District of Indiana** | | Date case filed for chapter **7**: | **September 23, 2016** |
| Case number: | 16–07387–RLM–7 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    12/2015

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to **30 days** or not exist at all, although the debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge or who want a debt excepted from discharge may be required to file a complaint within the deadlines specified in this notice. (See "Deadlines" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify the debtors on this case, the debtors must submit a full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtors' full name** | Jerry Lee Gaw | Debra Kay Gaw |
| 2. | **Other names** (used in last 8 years) | None | None |
| 3. | **Address** | 623 E. 31st Street<br>Anderson, IN 46016 | 623 E. 31st Street<br>Anderson, IN 46016 |
| 4. | **Debtors' attorney** Name and address | Gordon Phillip Doyle<br>107 S Mulberry St # 200<br>Muncie, IN 47305–2848 | Contact info: 765–288–5067 or<br>doylebkr@comcast.net |
| 5. | **Bankruptcy trustee** Name and address | Randall L. Woodruff<br>Office of Randall L. Woodruff<br>115–A E Ninth St<br>Anderson, IN 46016 | Contact info: 765–644–6464 |

For more information, see page 2 >

Debtors Jerry Lee Gaw and Debra Kay Gaw                                                                 Case number 16−07387−RLM−7

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>46 E. Ohio St., Rm. 116<br>Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:30 PM ET<br><br>Contact info: 317−229−3800 |
| **7.** | **Meeting of creditors**<br>Both debtors must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **November 4, 2016 at 01:30 PM EDT**<br><br>**The debtors MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in the case being dismissed. Language interpretation of the meeting of creditors will be provided to the debtors at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. | Location:<br>**Madison County Government Center<br>Hearing Room B, 4th Floor<br>16 East 9th Street<br>Anderson, IN 46016** |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). The debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to object to discharge or challenge whether certain debts are dischargeable:**<br>**You must file a complaint by the deadline:**<br>• if you assert that the debtors are not entitled to a discharge under 11 U.S.C. § 727(a)(2)−(7) or<br>• if you want a debt excepted from the discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **January 3, 2017**<br><br>**You must file a motion by the deadline:**<br>• if you assert that the discharge should be denied under 11 U.S.C. § 727(a)(8) or (9). |
| | | **Objection to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe the law does not authorize an exemption claimed by the debtors, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| **10.** | **Proof of claim**<br>Do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or pacer.insb.uscourts.gov. If you believe the law does not authorize an exemption claimed by the debtors, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| **13.** | **Abandonment of property** | Pursuant to S.D.Ind. B−6007−1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than **one day** before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have **14 days** to object to the abandonment. | |